710

Submitted September 10, 1973. *Richard Albert* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The conviction on all bills is affirmed. The case is remanded to the court below for resentence on bill No. 1654, carrying a concealed deadly weapon. See 18 P.S. §4416.

Commonwealth *v.* Covington, Appellant.

Argued September 10, 1973. *Patrick Mandracchia,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Covington, Appellant.

Argued September 18, 1973. *John Packel,* Assistant Defender, with him *Leonard Sosnov,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *John Isom,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth, Appellant, *v.* Crown Cork & Seal Co., Inc.

Argued September 18, 1973. *Frederick L. Voigt,* Assistant District Attorney, with him *Robert B. Lawler* and *Steven H. Goldblatt,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney,, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Joseph A. Prim, Jr.,* with him *Michael J. Stack, Jr.,* and *O'Halloran, Stack & Smith,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Davenport, Appellant.

Submitted March 12, 1973. *Thomas C. Zerbe, Jr.,* for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy*